UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:14-CR-524-T-17TBM

CASEY LYNN KENDALL.

_____/

ORDER

This cause is before the Court on:

Dkt. 24    Motion for Early Termination of Supervised Release
Dkt. 29    Response

Defendant Casey Lynn Kendall, pro se, moves for early termination of Defendant Kendall's remaining term of supervised release. Defendant Kendall indicates that Defendant's employment sometimes requires Defendant Kendall to travel outside the District where Defendant Kendall is supervised; Defendant Kendall requests early termination to facilitate Defendant's ability to meet her employment obligations.

Defendant Kendall states that Defendant Kendall has complied with all conditions of supervision, has maintained employment, has completed anger management and substance abuse classes, has supported Defendant Kendall's three children, receives SSI benefits and has tested negative for illegal substances.

In the Information (Dkt. 1), Defendant Kendall was charged with knowingly making a written false statement when purchasing a firearm, in violation of 18 U.S.C. Sec. 922(a)(6) and 924(a)(2). Defendant Kendall entered into a plea agreement which contains an accurate factual statement of Defendant's involvement in the offense (Dkt. 3, pp. 17-18).

Case No. 8:14-CR-524-T-17TBM

Defendant Kendall was sentenced on April 10, 2015 to time served, followed by 24 months of supervised release (Dkt. 22).

The Government communicated with Defendant Kendall's supervising Probation Officer in the Southern District of Florida, David J. Farinacci, who confirmed that Defendant Kendall has not violated any conditions of supervised release, has maintained a stable residence, has been working, and has attended counseling. Probation Officer Farinacci takes no position as to Defendant Kendall's request for early termination.

The Court notes that Probation Officer Farinacci was not aware that the restriction of Defendant Kendall's ability to travel outside the Southern District interfered with Defendant's employment, and if Defendant Kendall had requested modification, it is likely that the request would have been granted.

Based on Defendant Kendall's minimal criminal history, combined with Defendant Kendall's satisfactory conduct on supervised release for over one year, the Government does not oppose Defendant Kendall's request for early termination of supervised release.

Pursuant to 18 U.S.C. Sec. 3583(e)(1), the Court may, after considering the relevant Sec. 3553(a) factors, terminate a term of supervised release and discharge a defendant at any time after the expiration of one year of supervised release, if the Court is satisfied that early termination is warranted by the conduct of the defendant released and the interest of justice.

The § 3553(a) factors that the Court must consider are: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2)

Case No. 8:14-CR-524-T-17TBM

the need for the sentence imposed to afford adequate deterrence to criminal conduct; (3) the need for the sentence imposed to protect the public from further crimes of the defendant; (4) the need for the sentence imposed to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner; (5) the kinds of sentence and sentencing range established for the applicable category of offense committed, as set forth in the Sentencing Guidelines; (6) pertinent policy statements issued by the Sentencing Commission; (7) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and (8) the need to provide restitution to any victims of the offense. 18 U.S.C. §§ 3583(e), 3553(a)(1), (a)(2)(B)—(D), (a)(4)—(7).

After considering the relevant Sec. 3553(a) factors, the Court finds that early termination is warranted by the conduct of Defendant Kendall, and the interest of justice. The Court therefore grants Defendant Kendall's Unopposed Motion for Early Termination of Supervised Release. Accordingly, it is

**ORDERED** that Defendant Casey Lynn Kendall's Unopposed Motion for Early Termination of Supervised Release (Dkt. 24) is **granted**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 29th day of June, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
U.S. Probation Office